**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMINA JOHNSON, | Case No.: 2:24-cv-02033-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 6] |
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, | |
| Defendant | |

In light of the amended complaint (ECF No. 8),

I ORDER that the defendant's motion to dismiss (ECF No. 6) is DENIED as moot because it was directed at the original complaint.

DATED this 12th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE