UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMINA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY,<br><br>    Defendant. | Case No. 2:24-cv-02033-APG-EJY<br><br>**ORDER** |

The Court has before it Defendant's bare bones Motion to Extend Scheduling Order Deadlines (ECF No. 71), the Opposition (ECF No. 72), and the Reply thereto (ECF No 73).  The Court notes the original discovery plan and scheduling order was entered on January 18, 2025, approximately six months ago. ECF No. 41.  The discovery completed to date is paltry at best. ECF No. 71 at 2.  No stay of discovery was sought following Defendant's Motion to Dismiss or Plaintiff's request to amend for the second time.  Nonetheless, to deny an extension of discovery under the circumstances presented would effectively prevent consideration of this case on its merits.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend Scheduling Order Deadlines (ECF No. 71) is GRANTED; provided, however, that if substantial discovery is not completed during the remaining discovery period, a further extension will not be granted.

Dated this 17th day of July, 2025.

                                                                                                    _____
                                                                                                    ELAYNA J. YOUCHAH
                                                                                                    UNITED STATES MAGISTRATE JUDGE

1